# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BART HAYNIE,**
**Individually and on behalf of all**
**others similarly situated**                                           **PLAINTIFF**

**V.**                       **4:19CV000336 JM**

**UBER TECHNOLOGIES, INC.**                                           **DEFENDANT**

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal with Prejudice (ECF No. 17), the Court finds that this case should be dismissed. The Complaint and all claims in this action are hereby dismissed with prejudice. The Clerk is directed to close the case

IT IS SO ORDERED this 5th day of December, 2019.

_____
James M. Moody Jr.
United States District Judge